IN THE MATTER OF BENIAH JONES. 

JOURNAL ENTRIES: (1) Jan. 8, 1834: writs of capias and habeas corpus ordered issued; (2) Jan. 13, 1834: defendant discharged from custody of sheriff and placed in custody of United States marshal, defendant arraigned, plea of not

guilty, plea withdrawn and plea of guilty entered, remand to prison; (3) Jan. 15, 1834: sentence.

PAPERS IN FILE (1833–34): (1) Affidavit of Edwin H. Lothrop; (2) writ of habeas corpus to the sheriff of Lenawee County, return; (3) writ of capias to the United States marshal, return; (4–5) subpoenas; (6) indictment; (7) letter—B. J. Mather to United States attorney.

*File No. 96.*